# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-2127
Lower Tribunal No. 2018-CA-001639-O

_____

SAM AMBAR,

Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY as Trustee for RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2007-A3 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-C, CLAUDIO CIPEDA, SILVANA CIPEDA, AND BELLA NOTTE HOMEOWNERS' ASSOCIATION, INC.,

Appellees.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Brian S. Sandor, Judge.

September 30, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and MIZE, JJ., concur.


Sam Ambar, Lakeland, pro se.

Patrick G. Broderick and Beth A. Norrow, of Greenberg Traurig, P.A., West Palm Beach, for Appellee, Deutsche Bank National Trust Company as Trustee for Residential Asset Securitization Trust Series 2007-A3 Mortgage Pass-Through Certificates Series 2007-C.

No Appearance for Appellees, Claudio Cipeda, Silvana Cipeda, and Bella Notte Homeowners' Association, Inc.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED